JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6302 PA (AGRx) | Date | October 14, 2020 |
|---|---|---|---|
| Title | Benjamin Zermeno v. Marriott International, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Gabby Garcia | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

      The parties have filed a Stipulation to Submit Matter to Binding Arbitration (Docket No. 32), in which they have stipulated to dismiss the class and collective claims without prejudice, and agree that plaintiff's individual claims "shall be submitted to binding arbitration." Pursuant to the parties' Stipulation, the Court dismisses the class and collective claims alleged in plaintiff's Complaint without prejudice, and orders the parties to arbitrate plaintiff's individual claims pursuant to their arbitration agreement. Because all of plaintiff's individual claims are subject to arbitration, this action is dismissed. See Thinket Ink Info. Res., Inc. v. Sun Microsystems, Inc., 368 F.3d 1053, 1060 (9th Cir. 2004) (stating that district court did not err in dismissing claims subject to arbitration and noting that FAA allows but does not require a stay of court proceedings); Sparling v. Hoffman Constr. Co., 864 F.2d 635, 638 (9th Cir. 1988) (affirming trial court's dismissal of claims referred to arbitration); Martin Marietta Aluminum, Inc. v. Gen. Elec. Co., 586 F.2d 143, 147 (9th Cir. 1978). The Scheduling Conference, previously calendared for November 23, 2020, is vacated.

      IT IS SO ORDERED.